UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HORIZON LINES, LLC, f/k/a
CSX LINES, LLC,

                        Petitioner,                        08 Civ. 3982 (JSR)

   -against-                                             CIVIL ACTION

A.P. Moller, Managing Owner of                 **DECLARATION OF VINCENT M.**
MAERSK-SEALAND, INC.,                             **DeORCHIS IN SUPPORT OF**
                                                                     **PETITIONER'S MEMORANDUM OF**
                        Respondent.               **LAW TO VACATE UNLAWFUL**
                                                                       **ARBITRATION AWARD**

-----------------------------------------------------------X

**VINCENT M. DeORCHIS,** an attorney admitted to practice in the courts of the State of New York and not a party to this action, hereby affirms that the following is true under penalty of perjury:

      1.      I am a member in good standing of the Bar of this Honorable Court and a partner with the law firm of DeOrchis & Partners, LLP, attorneys for petitioner Horizon Lines, LLC f/k/a CSX Lines, LLC (hereinafter "Horizon Lines") in the above-captioned action.

      2.      As such, I am familiar with the facts and circumstances of this matter.

      3.      I submit this Affidavit in support of Petitioner's memorandum of law to Vacate the Unlawful Arbitration Award dated January 30, 2008.

      4.      I hereby incorporate and rely upon the facts as set forth in Petitioner's Verified Application to Vacate Arbitral Award dated January 30, 2008 previously filed in this matter on April 28, 2008, as a substitution for a duplicitous affidavit.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
VINCENT M. DeORCHIS

Dated: New York, New York
   June 27, 2008