298-01/WDM/GMV
FREEHILL HOGAN AND MAHAR, LLP
Attorneys for Respondent Maersk
80 Pine Street 24th Floor
New York, New York 10005
Tel: 212 425 1900
Fax: 212-425-1901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORIZON LINES, LLC., f/k/a CSX LINES, LLC., <br><br> Petitioner <br><br> -against- <br><br> A.P. Moller, Managing Owner of MAERSK-SEALAND, INC., <br><br> Respondent | 08-CV-3982 (JSR) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby appears as additional counsel on behalf of Respondent A.P. Moller A/S ("Maersk") in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address below. Ms. Venezia is admitted to practice before this Court.

Date:   New York, New York
        July 14, 2008

                            Respectfully submitted,

                            /s/ Gina M. Venezia
                            Gina M. Venezia (GV 1551)
                            FREEHILL HOGAN & MAHAR, LLP
                            80 Pine Street
                            New York, NY 10005
                            Tel: (212) 425-1900
                            Fax: (212) 425-1901
                            Attorneys for Maersk

NYDOCS1/308498.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF:**

    Vincent M. DeOrchis
    M.E. DeOrchis
    DeOrchis & Partners
    61 Broadway - 26th Floor
    New York, N.Y. 10006


/s/ Gina M. Venezia
Gina M. Venezia

NYDOCS1/308498.1