```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
HORIZON LINES, LLC, formerly known as    :
CSX Lines, LLC,                          :
                                         :    08 Civ. 3982 (JSR)
              Petitioner,                :
                                         :         ORDER
         -v-                             :
                                         :
A.P. MOLLER, Managing Owner of           :
Maersk-Sealand, Inc.,                    :
                                         :
              Respondent.                x
----------------------------------------
```

JED S. RAKOFF, U.S.D.J.

    Petitioner Horizon Lines, LLC, formerly known at CSX Lines LLC ("CSX"), moves this Court to vacate an arbitration award in favor of respondent A.P. Moller, managing owner of Maersk-Sealand, Inc. ("Maersk"). Maersk cross-moves to confirm the award.

    For the reasons stated in open court, see Tr. 7/28/08, CSX's motion to vacate is denied, and Maersk's motion for confirmation is granted. Clerk to enter judgment.

    SO ORDERED.

Dated: New York, NY
       July 28, 2008

                                        JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08